UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERT LEE SNYDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:16-cv-00240-WTL-DKL |
| ) | |
| ARAMARK, INC., ) | |
| ARAMARK FOOD SERVICES, ) | |
| ) | |
| Defendants. ) | |

**Entry Granting *In Forma Pauperis,* Dismissing Insufficient Claims, and Directing Service of Process**

**I.** *In Forma Pauperis*

The plaintiff's motion to proceed *in forma pauperis* [dkt. 2] is **granted.** The plaintiff is assessed an initial partial filing fee of Fourteen Dollars and Sixty-Three Cents ($14.63). He shall have **through August 5, 2016,** in which to pay this sum to the clerk of the district court. Failure to pay the initial partial filing fee as directed in this Entry could result in the dismissal of the action for failure to comply with Court orders and failure to prosecute.

**II. Screening**

The Court will now screen the complaint subject to screening pursuant to 28 U.S.C. § 1915A(b). This statute directs that the Court dismiss a complaint or any claim within a complaint that "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* "A complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show the plaintiff is not entitled to relief." *Jones v. Bock,* 549 U.S. 199, 215 (2007).

The plaintiff Robert Lee Snyder ("Mr. Snyder"), is a state prisoner confined at the Putnamville Correctional Facility ("Putnamville"). Mr. Snyder brings this civil rights complaint pursuant to 42 U.S.C. § 1983, and names the following defendants: 1) Aramark LLC; and 2) Aramark Food Services. Mr. Snyder seeks compensatory and punitive damages and injunctive relief.

Mr. Snyder alleges that Aramark provides inmates at Putnamville with food that is low quality, contains inadequate nutritional value, and insufficient portions, causing him sharp stomach pains, acid reflux, weight loss, anxiety and depression. He alleges that inmates are served cold or frozen sack lunches Mondays through Fridays. Further, he and the other inmates are not served fruit on a regular basis and are only served hamburgers and chicken on holidays. Breakfast and dinner meals are often cold and undesirable.

Mr. Snyder also alleges that the kitchen and dining halls are not adequately sanitized. Moreover, birds allegedly fly over him and other inmates as they eat and drop feathers and feces on them, their food, and the tables.

Mr. Snyder's claims are construed as alleging policy and custom claims pursuant to the Eighth Amendment to the United States Constitution.

### A. *Insufficient Claims*

There is no need to have Aramark LLC and Aramark Food Services named as two separate defendants. While making no determination as to the proper corporate name for the entity that is responsible for providing food to inmates in Indiana, the name Aramark LLC is sufficient to put that defendant on notice of the claims against it.

Any claims against Aramark Food Services are **dismissed without prejudice.**

No partial final judgment shall issue at this time as to the claims that are dismissed in this Entry.

B. *Claims That Shall Proceed*

The claims of inadequate nutrition and sanitation in violation of the Eighth Amendment shall proceed against Aramark LLC.

### III. Directing Service of Process

The clerk is designated pursuant to *Fed. R. Civ. P.* 4(c) to issue process to Aramark LLC in the manner specified by Rule 4(d). Process shall consist of the complaint filed on June 20, 2016 (docket 1), applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

The clerk shall **update the docket** to reflect the dismissal of Aramark Food Services and the spelling of the remaining defendant as Aramark LLC.

Process shall be sent to both addresses listed on the distribution of this Entry.

**IT IS SO ORDERED.**

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date: 7/1/16

Distribution:

ROBERT LEE SNYDER, #101325, PUTNAMVILLE CORRECTIONAL FACILITY, Inmate Mail/Parcels, 1946 West U.S. Hwy 40, Greencastle, IN 46135

Aramark LLC, 1101 Market Street, Philadelphia, PA 19107

Aramark LLC, 730 E. Washington Street, Indianapolis, IN 46202

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.